UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

In Re: World Parts, LLC
                Debtor,


Edwin R. Ilardo, as Trustee in Bankruptcy of
World Parts, LLC,
                Plaintiff

-v-                                                          06-MC-51A

Motors Corporation,
                Defendant
_____

      Based on the annexed Recommendation and Certification, it is

      ORDERED, ADJUDGED AND DECREED that a default judgment be entered against the above named defendant, in the amount of $6,344. 35 plus the allowed per diem amount of $2,290.22 which accumulated since the application for default plus $150.00 in costs, for a total amount of $8,784.57.

      IT IS SO ORDERED.

                                  /s/ *Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              CHIEF JUDGE
                              UNITED STATES DISTRICT COURT

DATED: September 26     , 2006